```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MANUEL GARCIA, | HONORABLE JEROME B. SIMANDLE |
| Petitioner, | Civ. No. 97-2861 (JBS) |
| v. | [Crim. No. 93-536-03 (JBS)] |
| UNITED STATES OF AMERICA, | **ORDER AMENDING OPINION** |
| Respondent. | |

Due to a typographical error in this Court's Opinion of April 9, 2008,

IT IS this **10th** day of **April, 2008,** hereby

ORDERED that the last sentence of footnote 2 on page 5 be deleted and the following text be inserted in its place:

> The writ of *coram nobis* "is an 'extraordinary remedy'. . . generally sought to review a criminal conviction where a motion under 28 U.S.C. § 2255 is unavailable because petitioner is no longer serving a sentence." Porcelli v. United States, 404 F.3d 157, 158 (2d Cir. 2005) (quoting United States v. Morgan, 346 U.S. 502, 511 (1954)).

 

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge